Christopher J. Lovrien (State Bar No. 230546)
Email: cjlovrien@JonesDay.com
Brian Hershman (State Bar No. 168175)
Email: bhershman@JonesDay.com
JONES DAY
555 South Flower St.
Fiftieth Floor
Los Angeles, CA 90071
Telephone:  (213) 489-3939
Facsimile:   (213) 243-2539

Attorneys for Defendants
AHMED AL-RUMAIHI & AYMAN SABI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BIG3 LLC, a limited liability company; O'Shea Jackson a/k/a Ice Cube, an individual; and Jeff Kwatinetz, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>Ahmed Al-Rumaihi, an individual; Faisal Al-Hamadi, an individual; Ayman Sabi, an individual; Sheikh Abdullah bin Mohammed bin Sau Al Thani, an individual and as CEO of Qatar Investment Authority; DOES 1-100<br><br>Defendants. | CASE NO. 2:18-cv-3466<br><br>**DECLARATION OF AHMED AL-RUMAIHI IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446**<br><br>FAC Filed: April 6, 2018<br><br>Hearing Date:<br><br>Time: |

I, Ahmed Al-Rumaihi, declare as follows in support of removal:

1. I have direct and personal knowledge of the facts set forth herein based on my recollection, personal experience, and my review of business records related

to this case, and, if called and sworn as a witness, I could and would competently testify to the fact set forth herein.[1]

2. I am one of three members of Sport Trinity, LLC ("Sport Trinity"), a limited liability company organized under the laws of the state of Delaware. The other two members of Sport Trinity are Ayman Sabi and Faisal Al-Hamadi.

3. Faisal Al-Hamadi, Sheikh Abdullah bin Mohammed bin Sau Al Thani, and Akbar Al Baker are, and always have been, citizens of Qatar. To my knowledge, they are not, and never have been, lawful permanent residents of the United States or domiciled anywhere in the United States.

4. I am, and always have been, a citizen of Qatar, where I have established my permanent home and intend to remain indefinitely. I understand Qatar to be my domicile.

5. I am not, and never have been, a United States citizen or domiciled anywhere in the United States.

6. Although I am a holder of a B-1 visa, I am not, and never have been, a lawful permanent resident of the United States.

7. Although my family and I have recently leased rental properties in California, I typically stay in New York City, New York and Washington, D.C. when visiting and working in the United States.

8. I am not, and never have been, a permanent resident of the state of California, the state of New York, or the District of Columbia, nor have I ever considered California, New York, or the District of Columbia to be my domicile.

9. Sport Trinity has never been affiliated in any way with BIG3 LLC.

10. I personally have never been affiliated in any way with BIG3 LLC.

11. To my knowledge, no other defendant in this action has ever been affiliated with BIG3 LLC.

---

[1] Capitalized terms not defined herein have the meaning attributed to them in the Notice of Removal.

2                    DECLARATION OF AHMED AL-RUMAIHI ISO
                     NOTICE OF REMOVAL OF ACTION - CASE NO.

12. On July 14, 2017 Sport Trinity made a substantial investment in BIG3 Basketball LLC to obtain a 15.03% membership interest in the company. At that time, I was designated by Sport Trinity as a member of the Board of Managers for BIG3 Basketball LLC. Ayman Sabi was designated as a Board Observer of BIG3 Basketball LLC.

13. Since before the Complaint was filed in the Superior Court of California on April 5, 2018, BIG3 Basketball LLC and its members have purported to oust Sport Trinity from the company. Since that time, BIG3 Basketball LLC has maintained that Sport Trinity never had any membership interest in the company, that I am not a member of the Board of Managers, and that Ayman Sabi is not a Board Observer.

14. On April 6, 2018, Sport Trinity served a demand for books and records on BIG3 Basketball LLC, which was signed by Ayman Sabi and me. The demand included Sport Trinity's grievances against the BIG3 Basketball LLC, including the gross mismanagement and erratic behavior of plaintiff Jeff Kwatinetz.

15. On April 11, 2018, BIG3 Basketball LLC responded to Sport Trinity's demand by refusing Sport Trinity's request to access books and records of the company claiming that Sport Trinity "(1) owns no Class A Units in BIG3 and (2) is not a member of BIG3."

16. I consent to and join in the removal of the Superior Court action to federal court.

//
//
//
//

I declare under the penalty of perjury and under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of April, 2018, at LA, CA.

_____
Ahmed Al-Rumaihi