Christopher Lovrien (State Bar No. 230546)
Email: cjlovrien@jonesday.com
Brian D. Hershman (State Bar No. 168175)
Email: bhershman@jonesday.com
Erica L. Reilley (State Bar No. 211615)
Email: elreilley@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071.2300
Telephone: +1.213.489.3939
Facsimile:  +1.213.243.2539

Attorneys for Defendants
AHMED AL-RUMAIHI and AYMAN SABI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG3 LLC, a limited liability company; O'SHEA JACKSON A/K/A ICE CUBE, an individual; and JEFF KWATINETZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AHMED AL-RUMAIHI, an individual; FAISAL AL-HAMADI, an individual; AYMAN SABI, an individual; SHEIKH ABDULLAH BIN MOHAMMED BIN SAU AL THANI, an individual and as CEO of Qatar Investment Authority; and DOES 1 - 100,<br><br>Defendants. | No. 2:18-cv-03466-DMG (SKx)<br><br>Assigned for all purposes to Hon. Dolly M. Gee<br><br>**DECLARATION OF BRIAN D. HERSHMAN IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16**<br><br>Hearing Date:   June 1, 2018<br>Hearing Time:  9:30 a.m.<br>Courtroom:       8C |

I, Brian D. Hershman, declare as follows:

1.     I am a partner at the law firm of Jones Day, counsel of record for defendants Ahmed Al-Rumaihi and Ayman Sabi (together, the "Investors").  I make this declaration in support of the Investors' Motion to Strike Plaintiffs' First Amended Complaint Pursuant to Code of Civil Procedure § 425.16.  I have

personal knowledge of the following facts and could and would competently testify thereto if called as a witness in this matter.

2.      In accordance with Local Rule 7-3, on Wednesday, April 25, 2018, at 3:14 p.m., I called plaintiffs' counsel, Mark Geragos, to meet and confer regarding the Investors' anticipated motion to strike under California Code of Civil Procedure section 425.16, *et seq.* I then followed my voicemail with an email to Mr. Geragos that detailed the Investors' substantive positions on the issues. A short email response from Mr. Geragos confirmed that plaintiffs had received my messages that same day. I confirmed my availability and willingness to discuss further the matters in my email if plaintiffs so desired. Hearing no response by Friday morning, I again inquired of plaintiffs' counsel's availability and offered to further discuss the Investors' anticipated motion at counsels' convenience. Later that day (April 27, 2018), plaintiffs' counsel, Ben Meiselas sent me an email about a motion that *plaintiffs* intended to bring on jurisdictional discovery and remand, but did not address any of the substance of the Investors' motion. I offered to discuss these issues live that evening or over the weekend, but Mr. Meiselas would not agree to have a telephone conversation until May 2, 2018. I explained to Mr. Meiselas that I was willing to meet and confer on May 2, 2018 regarding plaintiffs' intended motion(s), but that my April 25 email detailing our legal position satisfied our meet and confer obligations with respect to the Investors' motion, citing *Masimo Corp. v. Mindray DS USA, Inc.*, No. SACV1202206CJCJPRX, 2013 WL 12131174, at *2 (C.D. Cal. Nov. 15, 2013) (concluding that anti-SLAPP motion was not procedurally barred for failure to meet and confer prior to filing of motion because an email exchange satisfied Local Rule 7-3's "meet and confer" requirement.). Attached hereto as Exhibit A is a true and correct copy of the email exchange with plaintiffs' counsel between Wednesday, April 25, 2018 and Saturday, April 28, 2018.

3.      On May 2, 2018, at 12:00 p.m., Mr. Meiselas and I spoke by phone to

**DECLARATION OF BRIAN D. HERSHMAN IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16**

1  discuss plaintiffs' request for jurisdiction discovery and remand, as well as this

2  motion.  I again detailed the Investors' positions on the key issues.  Mr. Meiselas

3  stated his disagreement with those positions and said the Investors should file their

4  motion.

5        4.      Attached hereto as Exhibit B is a true and correct copy of the

6  Investors' Demand for Inspection of Books and Records of BIG3 Basketball, LLC,

7  dated April 6, 2018.

8        5.      Attached hereto as Exhibit C is a true and correct copy of the

9  Complaint filed in *Roger Mason v. BIG3 Basketball, LLC*, Case No. 2018-0263 on

10 April 9, 2018.

11       6.      Attached hereto as Exhibit D is a true and correct copy of the VIBE

12 article "Checkmate: Ice Cube Calls Out Trump & Qatar Big3 Investors In Full-Page

13 Ad," dated April 11, 2018, https://bit.ly/2rf9j2S.

14       7.      Attached hereto as Exhibit E is a true and correct copy of the TMZ

15 Sports article "Ice Cube Stunts on Rich Qataris He's Suing 'Stay Out of American

16 Sports,'" dated April 17, 2018. https://bit.ly/2JIqb9G.

17       8.      Attached hereto as Exhibit F is a true and correct copy of the IMDb

18 Biography on Ice Cube, https://imdb.to/2jnNfQ5.

19       9.      Attached hereto as Exhibit G is a true and correct copy of Ice Cube's

20 Facebook page, and Twitter feed, with tweets dated March 26, 2018 through April

21 28, 2018, https://bit.ly/2HMs2Oh; https://bit.ly/2HHkgFd.

22       10.     Attached hereto as Exhibit H is a true and correct copy of the Deadline

23 article "'Straight Outta Compton' Producer Ice Cube on Making Of An Unlikely

24 Oscar Contender," dated December 14, 2016, https://bit.ly/2FAoLLR.

25       11.     Attached hereto as Exhibit I is a true and correct copy of the Variety

26 article, "'Straight Outta Compton' Tops $200 Million in Worldwide Box Office,"

27 dated November 2, 2015, https://bit.ly/1Nbehzo.

28       12.     Attached hereto as Exhibit J is a true and correct of the news section of

Ice Cube's website with articles dated June 26, 2017 through April 20, 2018, https://bit.ly/2jna8mK.

13.     Attached hereto as Exhibit K is a true and correct copy of the Billboard article "Jason Sudeikis & Ice Cube Hang on 'Corden,' 30 Years After N.W.A. Landed the Actor in Detention," dated April 18, 2018, https://bit.ly/2w6Kf3y.

14.     Attached hereto as Exhibit L is a true and correct copy of the ESPN article "Ice Cube excited for BIG3's second season," dated April 18, 2018, https://es.pn/2HIWiWd.

15.     Attached hereto as Exhibit M is a true and correct copy of the ET Canada article "Ice Cube Talks New Music, Says He Would Never Run For Office On 'Ellen,'" dated April 6, 2018, https://bit.ly/2I432kP.

16.     Attached hereto as Exhibit N is a true and correct copy of The Washington Post article "Ice Cube has a grand wish list for the Big3 next year: Kobe Bryant," dated August 10, 2017, https://wapo.st/2HM2P2g.

17.     Attached hereto as Exhibit O is a true and correct copy of the ESPN Radio article, "Rapper Ice Cube chats with Terrika Foster-Brasby about Big 3, a 3-on-3 professional basketball league for former NBA players," dated January 12, 2017, https://es.pn/2rkqtgr.

18.     Attached hereto as Exhibit P is a true and correct copy of the Billboard article "Ice Cube Talks BIG3, 'Death Certificate' Turning 25 & Kanye's 'Jesus Walks' Being 'One of the Most Radical Songs in Hip Hop,'" dated June 22, 2017, https://bit.ly/2HOjYIY.

19.     Attached hereto as Exhibit Q is a true and correct copy of the IMDb article "Jeff Kwatinetz Biography," https://imdb.to/2KpDZHf.

20.     Attached hereto as Exhibit R is a true and correct copy of the Variety article "The Firm Founder and CEO Jeff Kwatinetz Seeks $10 Million for One-Bedroom Lower Manhattan Loft," dated July 12, 2017, https://bit.ly/2w6BRBe.

21.     Attached hereto as Exhibit S is a true and correct copy of the Ranker

article "Famous Friends of Jeff Kwatinetz," https://bit.ly/2vZFA3o.

22.   Attached hereto as Exhibit T is a true and correct copy of The Hollywood Reporter article "Steve Bannon's Former Hollywood Partner Breaks Silence: 'He's Not a Racist,'" dated May 8, 2017, https://bit.ly/2rcZBOc.

23.   Attached hereto as Exhibit U is a true and correct copy of the brandchannel article "A League of Their Own: 5 Questions with Big3 Co-CEO Jeff Kwatinetz," dated April 4, 2018, https://bit.ly/2jmWVdl.

24.   Attached hereto as Exhibit V is a true and correct copy the New York Times article "Departures Cool Off Agency's Hot Start," dated August 11, 2005, https://nyti.ms/2riMGdT.

25.   Attached hereto as Exhibit W is a true and correct copy of the Los Angeles Times article "Soap opera producer Prospect Park files for bankruptcy protection," dated March 10, 2014, https://lat.ms/2w7f1t3.

26.   Attached hereto as Exhibit X is a true and correct copy of the Variety article "Firm backs down on Sillerman suit," dated August 16, 2001, https://bit.ly/2rgB8aZ.

27.   Attached hereto as Exhibit Y is a true and correct copy of The Washington Post article "Firm Believer," dated July 8, 2002, https://wapo.st/2IfHFNs.

28.   Attached hereto as Exhibit Z is a true and correct copy of the Vanity Fair article "Ovitz Agonistes," dated August 2002, https://bit.ly/2KwXRYZ.

29.   Attached hereto as Exhibit AA is a true and correct copy of the New York Daily News article "Hollywood madam Michelle Braun cozies up to federal agents," dated May 9, 2009, https://nydn.us/2HMC65H.

30.   Attached hereto as Exhibit BB is a true and correct copy of the Variety article "Talent Manager Jeff Kwatinetz Lists Malibu Manse," dated November 9, 2009, https://bit.ly/2jooROj.

31.   Attached hereto as Exhibit CC is a true and correct copy of the news

section on BIG3's webpage, https://bit.ly/2HIG0AE.

32.    Attached hereto as Exhibit DD is a true and correct copy of BIG3's Twitter feed with tweets dated April 20, 2018 through April 30, 2018, https://bit.ly/2rdiCkm.

33.    Attached hereto as Exhibit EE is a true and correct copy of the Forbes article "Commissioner Roger Mason Jr.'s Wish List for BIG3 Includes Kobe Bryant, Tim Duncan, Tray McGrady," dated June 29, 2017, https://bit.ly/2I3augh.

34.    Attached hereto as Exhibit FF is a true and correct copy of The Washington Post article "Roger Mason Jr. says Big3 co-owner made him a 'scapegoat for his own wrongdoing,'" dated April 9, 2018, https://wapo.st/2HL5ZaD.

35.    Attached hereto as Exhibit GG is a true and correct copy of the New York Times article "Clyde Drexler Named Commissioner of Big3 League," dated March 15, 2018, https://nyti.ms/2JLlaxb.

36.    Attached hereto as Exhibit HH is a true and correct copy of the USA Today article "Big3 Draft: Every round, every pick and what each player brings to the 3-on-3 league," dated April 12, 2018, https://usat.ly/2jnr8Jy.

37.    Attached hereto as Exhibit II is a true and correct copy of the CBSSports.com article "2018 BIG3 rosters: Latest NBA players who have committed to play this summer," dated February 14, 2018, https://cbsprt.co/2HGbK9A.

38.    Attached hereto as Exhibit JJ is a true and correct copy of the New York Post article, "Ousted commissioner says BIG3 founder fostered racist culture," dated March 12, 2018, https://nyp.st/2JKmqAI.

39.    Attached hereto as Exhibit KK is a true and correct copy of the TMZ article, "Roger Mason Big3 is Hostile, Racist … Big3 Calls BS," dated March 12, 2018, https://bit.ly/2Id0alE.

40.    Attached hereto as Exhibit LL is a true and correct copy of the Denver

1  Post article, "Roger Mason Jr. calls Big3 "hostile and racist" after being fired for
2  alleged corruption," dated March 12, 2018, https://dpo.st/2Krx8Nw.

3      41.    Attached hereto as Exhibit MM is a true and correct copy of the
4  Business Insider article, "Ice Cube's intriguing new 3-on-3 league built on former
5  NBA players may face 2 simple problems," dated June 26, 2017,
6  https://read.bi/2Ktvo6x.

7      42.    Attached hereto as Exhibit NN is a true and correct copy of the New
8  York Post article "Calls for Texans owner's removal from NFL: 'Donald Sterling-
9  esque,'" dated October 27, 2017, https://nyp.st/2JMb5Qu.

10     43.    Attached hereto as Exhibit OO is a true and correct copy of the USA
11 Today article "Facing misconduct investigation, Panthers owner selling team,"
12 dated December 18, 2017, https://usat.ly/2rirbK0.

13     44.    Attached hereto as Exhibit PP is a true and correct copy of the Sports
14 Illustrated article "Red Sox Petition Boston to Remove Racist Former Owner's
15 Name from Fenway's Street," dated February 28, 2018, https://on.si.com/2Fz8cAa.

16     45.    Attached hereto as Exhibit QQ is a true and correct copy of the Star-
17 Telegram article "Mavericks suspend team's general manager of gaming for racist
18 tweet," dated March 8, 2018, https://bit.ly/2w4nugI.

19     46.    Attached hereto as Exhibit RR is a true and correct copy of The
20 Guardian article "LA Clippers owner allegedly says: 'Don't bring black people to
21 my games,'" dated April 26, 2014, https://bit.ly/2rgGa7u.

22     47.    Attached hereto as Exhibit SS is a true and correct copy of the New
23 York Post article "The Big3 is shutting its lips and slapping Iverson on the wrist,"
24 dated August 2, 2017, https://nyp.st/2jqMl5r.

25     48.    Attached hereto as Exhibit TT is a true and correct copy of the USA
26 Today article "Fox Sports extends agreement with Big3 to next season," dated
27 August 23, 2017, https://usat.ly/2HP2wDO.

28     49.    Attached hereto as Exhibit UU is a true and correct copy of the

**DECLARATION OF BRIAN D. HERSHMAN IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' FIRST
AMENDED COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16**

Complex article "Ice Cube's Big3 Faces $250 Million Lawsuit for Allegedly Stealing Players and Ideas From Similar League," dated September 2, 2017, https://bit.ly/2FxefVS.

50.     Attached hereto as Exhibit VV is a true and correct copy of the Black and Teal article "Jacksonville Jaguars: Too far mismanaged for greatness?" dated 2017, https://bit.ly/2jtoC4B.

51.     Attached hereto as Exhibit WW is a true and correct copy of the Bleacher Report article "The 10 Worst-Run NFL Franchises," dated May 31, 2009, https://ble.ac/2I5I6dr.

52.     Attached hereto as Exhibit XX is a true and correct copy of the Fanrag Sports Network article "Mismanagement and time have made Blackhawks a poor team," dated February 13, 2018, https://bit.ly/2KvgGMt.

53.     Attached hereto as Exhibit YY is a true and correct copy of The Washington Post article "In the NHL lockout, the owners have it all wrong," dated December 25, 2012, https://wapo.st/2JJbdjN.

54.     Attached hereto as Exhibit ZZ is a true and correct copy of the Cleveland Cavaliers article "LeBron James paints picture of Cavs' roster mismanagement," dated January 24, 2017, https://bit.ly/2HRiEoI.

55.     Attached hereto as Exhibit AAA is a true and correct copy of the CBS article "The Mismanagement of the Knicks Franchise," dated December 13, 2007, https://cbsn.ws/2HILnjk.

56.     Attached hereto as Exhibit BBB is a true and correct copy of The Wall Street Journal article "Major League Baseball: A Case Study in Mismanagement," dated August 22, 2002, https://on.wsj.com/2Ks7Y1r.

57.     Attached hereto as Exhibit CCC is a true and correct copy of the Rolling Stone article "The 15 Worst Owners in Sports," dated November 25, 2014, https://rol.st/2HNASaB.

58.     Attached hereto as Exhibit DDD is a true and correct copy of the

1  ESPN home page, https://es.pn/1izVnZ9.

2       59.    Attached hereto as Exhibit EEE is a true and correct copy of the Fox

3  Sports home page, https://foxs.pt/2zErJ0H.

4       60.    Attached hereto as Exhibit FFF is a true and correct copy of the Sports

5  Illustrated home page, https://on.si.com/2gjWAtR.

6       61.    Attached hereto as Exhibit GGG is a true and correct copy of the

7  CBSSports.com home page, https://cbsprt.co/2xmOPqW.

8       I declare under penalty of perjury under the laws of the United States that the

9  foregoing is true and correct.

10      Executed this 4th day of May, 2018, at Los Angeles, California.

11

12                                    _____
                                          Brian D. Hershman

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28