# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

MARK J. GERAGOS    SBN 108325
BEN J. MEISELAS    SBN 277412
Attorneys for Plaintiff BIG3 BASKETBALL, LLC, O'SHEA JACKSON
AKA ICE CUBE, AND JEFF KWATINETZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG3 LLC, a limited liability company; O'Shea Jackson a/k/a Ice Cube, an individual; and Jeff Kwatinetz, an individual;<br><br>Plaintiffs<br><br>vs.<br><br>Ahmed Al-Rumaihi, an individual; Faisal Al-Hamadi, an individual; Ayman Sabi, an individual; Sheikh Abdullah bin Mohammed bin Sau Al Thani, an individual and as CEO of Qatar Investment Authority; DOES 1-100<br><br>Defendants. | Case No. 2:18-cv-03466-DMG-SK<br><br>Assigned for all purposes to Hon. Dolly M. Gee<br><br>**DECLARATION OF BEN MEISELAS IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY** |

- 1 -
DECLARATION OF BEN MEISELAS

I BEN MEISELAS DECLARE,

1. I am an attorney of record for Plaintiffs and I am licensed to practice law before this Court and this State. If called as a witness I could and would testify to the following.

2. After exchanging written correspondence the week prior, on Wednesday, May 2, 2018, I completed a Local Rule 7-3 Conference with Brian Hershman, attorney for Defendants Ahmed Al-Rumaihi, Ayman Sabi, and Faisal Al-Hamadi. The meet and confer was to discuss (1) Plaintiffs' anticipated Motion for Limited Jurisdictional Discovery, and (2) Defendants' anticipated Motion to Strike.

3. I informed Mr. Hershman that the jurisdictional motion and issues surrounding Plaintiffs' contention that Defendants improperly removed this action must be addressed first before the Motion to Strike is heard. Obviously, if this Court does not have jurisdiction in this case, it cannot entertain the Motion to Strike.

4. In order to resolve our view that Mr. Al-Rumaihi is now a permanent resident and domiciled in Los Angeles, California, since purchasing and/or leasing homes in Los Angeles, California in November and December 2017, I requested that Mr. Hershman informally exchange and provide limited documents and information, subject to lawful and agreed upon redactions. Mr. Hershman rejected this request and stated "go file the motion." Mr. Hershman filed a Motion to Strike on Friday, May 4, 2018 prior to giving Plaintiffs an opportunity to file their motion for jurisdictional discovery as I discussed during the meet and confer. Defendants' scheduled the motion to provide only 5 days for Plaintiffs to respond to the Motion to Strike.

//

//

//

DECLARATION OF BEN MEISELAS

5. Attached hereto as Exhibit "A" is a true and correct copy of the limited jurisdictional discovery Plaintiffs requested, and are requesting, only as to Defendant Al-Rumaihi in this action. Plaintiffs do not seek any additional jurisdictional discovery.

I DECLARE THE FOREGOING IS TRUE AND CORRECT UNDER PENALTY PERJURY.

DATED: May 7, 2018

By: *[signature]*

BEN MEISELAS

# EXHIBIT "A"

### PLAINTIFFS' LIMITED JURISDICTIONAL DISCOVERY

**REQUEST FOR PRODUCTION OF DOCUMENTS:**

*TO DEFENDANT AHMED AL-RUMAIHI, PLEASE PRODUCE THE FOLLOWING DOCUMENTS:*

1. A copy of the B-1 Visa alleged in your declaration filed in connection with the removal, and all extensions of time for the B1 Visa filed by you.
2. A copy of the lease and/or purchase agreements for the home in (1) Venice, California and (2) Beverly Hills, California.
3. A copy of the lease agreement for the Bentley SUV kept in Los Angeles, that you are driven in.
4. A copy of any loan agreements with any Los Angeles bank, bankers, and lenders for $5 million or more.

**INTERROGATORIES:**

*TO DEFENDANT AHMED AL-RUMAIHI, PLEASE ANSWER THE FOLLOWING INTERROGATORIES:*

1. List all dates you were a United States citizen.
2. List the dates when you renounced your United States Citizenship.
3. List the business activities of a commercial or professional nature in the United States under which you claim to hold a B1-Visa.
4. In the past three years, list the dates you have been in the United States without departure, and list the dates you have been in Qatar without departure.
5. List any and all immigration documents you hold, including but not limited diplomatic status.
6. List the date when you were last in Qatar.
7. List the date you are scheduled to return to Qatar.