# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA  90017-3411
TELEPHONE  (213) 625-3900
FACSIMILE  (213) 232-3255
GERAGOS@GERAGOS.COM

MARK J. GERAGOS        SBN 108325
BEN J. MEISELAS          SBN 277412
Attorneys for Plaintiff BIG3 BASKETBALL, LLC, O'SHEA JACKSON AKA ICE CUBE, AND JEFF KWATINETZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG3 LLC, a limited liability company; O'Shea Jackson a/k/a Ice Cube, an individual; and Jeff Kwatinetz, an individual;<br><br>Plaintiffs<br><br>vs.<br><br>Ahmed Al-Rumaihi, an individual; Faisal Al-Hamadi, an individual; Ayman Sabi, an individual; Sheikh Abdullah bin Mohammed bin Sau Al Thani, an individual and as CEO of Qatar Investment Authority; DOES 1-100<br><br>Defendants. | Case No. 2:18-cv-3466<br><br>Assigned for all purposes to Hon. Dolly M. Gee<br><br>**SUPPLEMENTAL DECLARATION OF BEN MEISELAS IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY**<br><br>Hearing Date: June 15, 2018<br>Hearing Time: 9:30AM<br>Courtroom: 8C |

I BEN MEISELAS DECLARE,

1. I am an attorney of record for Plaintiffs and licensed to practice law before this Court and State. If called as a witness I could and would testify to the following.

2. Upon further review, I identified additional documents in support of Plaintiffs' Motion for Limited Jurisdictional Discovery which were not included in Plaintiffs' previous filings this evening.

3. As stated in the declaration of Jeff Kwatinetz in support of Plaintiffs' Motion for Limited Jurisdictional Discovery, Mr. Kwatinetz stated that Mr. Al-Rumaihi's long-term girlfriend resided with Mr. Al-Rumaihi in Los Angeles, California.

4. I was able to identify text messages between Mr. Al-Rumaihi's girlfriend Helga and Mr. Kwatinetz's wife Natalie from November 2017.

5. In the text messages, Helga confirms that her and Mr. Al-Rumaihi moved to Abbott Kinney, in Venice, Los Angeles, California.

6. Helga stated that her and Mr. Al-Rumaihi "moved in," "loved the spot," and that "we'll take over Venice," The text messages were sent in November 2017, and like her and Mr. Al-Rumaihi's other communications and conduct, gave the clear impression by this time that they intended to permanently reside in Los Angeles, California.

7. Attached hereto as Exhibit "A" is a true and correct copy of these text messages between Helga and Natalie

I DECLARE THE FOREGOING IS TRUE AND CORRECT UNDER PENALTY OF PERJURY

DATED: May 7, 2018         By:_____
                                BEN MEISELAS

- 2 -
SUPPLEMENTAL DECLARATION OF BEN MEISELAS

# EXHIBIT "A"

**Helga**

> Glad to hear he's doing better. How are you and baby Brooklyn doing? Hope to see you very soon 😘 ❤️
> 10:40 AM

> We are doing good thank you!! Yes we need a good catch up!! How are you doing ?! 😘
> 10:43 AM ✓✓

> All good, Ahmed is having oral surgery today, so he'll be knocked out. If all goes well we're moving to a Abbot Kinney in the weekend 😊 Yes, lots to catch up on. Can't wait to see you ❤️
> 10:44 AM

> Aww send him our love!! Wohoo so close to us yay xxx 😍
> 10:44 AM ✓✓

> Yes, and most probably Louie, our puppy is coming soon as well, so

close to us yay xxx 😍   10:44 AM

Yes, and most probably Louie, our puppy is coming soon as well, so we'll take over Venice 😂   10:45 AM

Yay!!! 🤗 ❤️ 😘   10:47 AM

**Wed, Nov 22**

Hi dear,

How are you doing? We already moved here, love the spot, Louie enjoys it as well 🐶 Would be great to see you soon. Miss you guys ❤️
Lots of love 😘😘😘   5:36 PM

Hi darling.. so glad you're all settled in 💕 .. so great Louie is here too. we are good now had a tough few day as Brooklyn wasn't well with her tummy but we are home now. Yes we want to see you soon   we