# EXHIBIT "A"



Ben Meiselas <meiselas@geragos.com>

---

## BIG3 Basketball LLC v. Sport Trinity, LLC, JAMS Arbitration No. 1100089671

**Ben Meiselas** <meiselas@geragos.com>　　　　　　　　　　　　　　　Thu, Jul 26, 2018 at 4:38 PM
To: Tiffany Darden <tiffany@geragos.com>
Cc: "Agrusa, Angela" <Angela.Agrusa@dlapiper.com>, "Tenorio-Kutzkey, Lisa" <lisa.tenorio@dlapiper.com>, "Hershman, Brian D." <bhershman@jonesday.com>, "Ciarlo, David A." <dciarlo@jonesday.com>, "Smith, Benjamin P." <benjamin.smith@morganlewis.com>, Camille Simundac <camille@geragos.com>, Mark Geragos <mark@geragos.com>

Counsel:  Although we have not received a signed protective order from her Honor, in the interest of collegiality and to ensure that Mr. Rumaihi will be deposed in the United States, we are producing documents Bates Nos. BIG 00001-00983. Given the parties have entered the stipulation, we will operate in good faith under the assumption that the protective order will signed.

You will be getting DropBox links from someone from my office named Tony Benitez.

Also, when I spoke with David Ciarlo he informed me that you had produced documents as well.  I have not opened any files and do not believe I received the files.  My co-counsel did not get files either Mr. Geragos or Mr. Smith, from your production.  Can you re-send your production to all counsel, including Mr. Geragos, myself, and Ben Smith and let us know who the sender is so we can recognize who it is.

Also, please provide us deposition dates for Mr. Rumaihi and Mr. Sabi.

We have already provided dates from Jeff Kwatinetz and Ice Cube and we would like to report back to the Arbitrator pursuant to Scheduling Order No.2 of the parties' mutual compliance and cooperation.

Finally, can you confirm whether you are representing Faisal Al-Hamadi.

Thank you all

Ben
[Quoted text hidden]



Ben Meiselas <meiselas@geragos.com>

---

## BIG3 Basketball LLC v. Sport Trinity, LLC, JAMS Arbitration No. 1100089671

**Ben Meiselas** <meiselas@geragos.com>   Tue, Jul 31, 2018 at 10:09 AM
To: "Ciarlo, David A." <dciarlo@jonesday.com>
Cc: Mark Geragos <mark@geragos.com>, "Smith, Benjamin P." <benjamin.smith@morganlewis.com>, "Agrusa, Angela" <Angela.Agrusa@dlapiper.com>, Camille Simundac <camille@geragos.com>, "Hershman, Brian D." <bhershman@jonesday.com>, "Tenorio-Kutzkey, Lisa" <lisa.tenorio@dlapiper.com>, Tiffany Darden <tiffany@geragos.com>, Tony Benitez <benitez@geragos.com>

David, far from gamesmanship, although the protective order has not yet been signed, we produced several hundred documents in good faith totaling 932 pages in addition to the agreements, messages, and ledgers, you have already received from Big3.

The documents are not "corrupted" on any computers we have checked with the dropbox link, and based on your email you appear to be able to open the documents.  The fact that you are challenging the format of production, and claiming the production is corrupted and you can't read it, shows that really what this is about is you are going to make any excuse not to give a deposition date for Ayman and Ahmed, as we have given dates for both Mr. Kwatinetz and Ice Cube pursuant to the Arbitrator's Scheduling Order No.2.

In any event, because you have claimed the documents are "corrupted" we thought we would make them available to you on a thumb drive.  You work 3 blocks from our office, so I did not think it would be that great of an inconvenience for you to come by and pick it up.  However, based on your vehement objections I am happy to have someone from my office walk to your office with a thumb drive.

Tony who is copied here will drop it off to you. Can you put his name at the lobby?

David, this is fairly simple production. I am not making demands on you, forcing you, coercing you, or doing anything other than turning over documents to you in a very standard and basic format that is very easy to read.

Regarding a "witness list," while it is evident you are just trying to add new conditions before providing deposition dates, let me provide you with an initial witness list:

1. Jeff Kwatinetz.
2. Ice Cube
3. Amy Trask
4. Ahmed Al-Rumaihi
5. Ayman Sabi
6. Faisal Al-Hamadi
7. Sheikh Mohammed bin Hamad Al Thani
8. PMK for Supreme Committee for Delivery and Legacy
9. Clyde Drexler
10. Angelica Cob
11. Rafael Fogel
12. Kai Henry
13. Roger Mason
14. Omari Ware

We ask again that you provide dates for the depositions as we did in compliance with Scheduling Order No.2

We also ask that you confirm you or DLA represent Faisal Al Hamadi.