# EXHIBIT "F"





# Hassan Al Thawadi

**Secretary-General, Supreme Committee for Delivery and Legacy**

Degree in Law, University of Sheffield. Lawyer by profession. Former: General Counsel, Qatar Investment Authority (QIA) and Qatar Holding, entities founded by the State of Qatar in 2005 to strengthen the national economy by diversifying into new asset classes and growing Qatar's long-term strategic investments; Chief Executive Officer, Qatar's 2022 Bid Committee, working closely with Bid Chairman, H.E. Sheikh Mohammed bin Hamad Al Thani, promoting Qatar's ultimately successful attempt to bring the FIFA World Cup to the Middle East for the first time. March 2011, appointed Secretary-General of the Supreme Committee for Delivery and Legacy, the organization responsible for coordinating among public and private entities to ensure that infrastructure and development projects are delivered in readiness for the 2022 FIFA World Cup. Chief Executive Officer, Local Organising Committee, FIFA World Cup in 2022. Legal Adviser to the CEO, QIA. Member of the Board: national stakeholders of the Supreme Committee for Delivery and Legacy concerned with delivering the 2022 FIFA World Cup, including Katara Hospitality and Qatari Diar; Qatar University College of Business and Economics, Qatar Chamber for Commerce and Industry, Qatar International Islamic Bank, Msheireb Properties and Hassad Foods. Special Adviser, FIFA's World Cup Organising Committee.

© 2018 World Economic ForumPrivacy Policy & Terms of Service