# EXHIBIT "K"

Log in  Subs

# HAARETZ

Wednesday, August 08, 2018.
Av 27, 5778  Time in Israel: 8:38 PM

Search

| Israel News | All sections | Gaza | U.S. peace plan | Trump | Michigan | Rashida Tlaib | Saudi - Canada |

 Why Corbynism is a threat to Jews throughout the Western world

 The Israel you know just ended. You can thank Netanyahu

 Netanyahu: Hitler didn't want to exterminate the Jews

Why S Spart Yeme

**Trending Now**

Home > U.S. News

# Qatar Used a pro-Israel Businessman to Pay Zionist Organization of America $100,000

Morton Klein, the ZOA president, told Jewish Insider on Wednesday that he had been under the impression that the money came Joseph Allaham, an owner of kosher eateries, not Qatar

JTA and Ron Kampeas | Jun 21, 2018 1:43 PM

155    Tweet    ✉    🔴    ⌘    💬 0    ◯ Zen    Subscribe now



Buildings are seen from across the water in Doha, Qatar June 5, 2017  Credit: REUTERS/Stringer/File Photo

**Trending Now**

 U.S. Official: Trump's Peace Plan Will Cause Discomfort to Both Israel and Palestinians

 Hamas Deadly E Exchang Was Misunde

 In First, Palestinian-American Woman Set to Hold Seat in U.S. Congress

 In First, to Comm Spyplan in Israel

- Kushner, Greenblatt discuss Gaza aid with Crown Prince MBS in Saudi Arabia
- Steve Bannon's best Jewish friend: Morton Klein's rise to prominence in the Trump era
- U.S. Jews torn over Trump's exit from Iran nuclear deal

A pro-Israel businessman doing public relations work for Qatar donated $100,000 to the Zionist Organization of America out of money Qatar paid him to engage in "community engagement."

Joseph Allaham, an owner of kosher eateries, said his donations to ZOA, a conservative pro-Israel group, came out of $1.45 million intended by Qatar to woo Jewish and other leaders to its side in its dispute with Saudi Arabia, Mother Jones reported. Allaham disclosed the payments in a filing last week to register as an agent of a foreign government.

Morton Klein, the ZOA president, told Jewish Insider on Wednesday that he had been under the impression that the money came from Allaham's own pocket. Klein said that if he determined the funds came from Qatar, he would return them.

— Advertisement —



**Spend Less Time Managing Your School's Devices**

Sponsored by Microsoft

Klein, in the past a sharp critic of Qatar, visited the country earlier this year at its invitation. He has said he used the visit to express his concerns about the country's support for Hamas, its closeness to Iran, and its hostility to Israel on Al Jazeera, the government-funded news network. He has insisted multiple times, including to JTA, that he received no compensation for the visit beyond travel [expenses].

[Allaham's] filing said he also gave $100,000 to Our Soldiers Speak, a group that organizes U.S. speaking tours for Israeli military officials, as well as $50,000 to Mike Huckabee, who visited Qatar. Huckabee, a former governor of Arkansas, is an evangelical Christian who is prominent in the Christian pro-Israel community.

**Keep updated: Sign up to our newsletter**

Sign up

[Huckabee has been vocal in] denouncing Qatar as inimical to Israeli and U.S. [interests.]

Another prominent Jewish figure, Nick Muzin, an adviser to Republicans, also said recently that he was ending his paid lobbying relationship with Qatar, although unlike Allaham he did not denounce the country.

— Advertisement —



**Related tags:** Donald Trump , Jews in America , Qatar

**Trending Now**



**Primary Results: Progressive Muslim Falls Short as Trump [Backs] Ohio Victory**

The Associated Press, Haaretz | 4 Hou[rs]

**Netanyahu's $15 Billion Reas[on for] Threatening Iran**

Ora Coren | Yesterday    7

Qatar used a pro-Israel businessman to pay Zionist Organization of America $100,000 - U.S. News - Haaretz.com
Case 2:18-cv-03466-DMG-SK Document 43-12 Filed 08/08/18 Page 4 of 9 Page ID #:1516
3/8/18, 10:48 AM



**26,902 Votes**

After more than 1 year in office, how would you grade President Trump's performance in office?

- A+
- B
- C
- D

Promoted Content

Over the past year or so, there has been intensive lobbying of the U.S. Jewish community by both sides in an increasingly acrid Gulf dispute between Qatar and Saudi Arabia, the United Arab Emirates and a number of other countries. Saudi Arabia has led a blockade of Qatar, ostensibly because of its Iran and Muslim Brotherhood ties.

The Trump administration has gone back and forth in the dispute. Saudi Arabia is perhaps the most important Arab ally to the United States, but Qatar houses one of the largest U.S. military bases.

A number of Jewish figures have landed pronouncedly on one side or the other, and prominent figures have visited the country. Along with Klein, they include Malcolm Hoenlein, the executive vice chairman of the Conference of Presidents of Major American Jewish Organizations, and Alan Dershowitz, the constitutional law expert and Israel defender.

One figure caught up in the brouhaha is Elliott Broidy, a top Jewish giver to U.S. President Donald Trump's campaign. Broidy joined George Nader, an Arab-American businessman, in making representations to the Trump administration on behalf of the UAE. He reportedly was involved in organizing an anti-Qatar conference last year put on by the Foundation for the Defense of Democracies, a think tank with pro-Israel ties.





**The Mossad Ran a Fake Divi[ng Resort] for Tourists in Sudan. This Is [the] Incredible Story Behind It**

Allison Kaplan Sommer | 06.05.2018



**With anti-UNRWA Campaign, [Israel] Tries to Destroy a Palestinian [...]**

Amira Hass | 5 Hours Ago   3

**Imposing U.S. Sanctions on [Iran is the] Easy Part**

Zvi Bar'el | 22 Hours Ago   1

### Promoted content



Where can you fi[nd] comfort and the [...] in Israel?



A private house f[or sale in] Ramot Hashavim



A private house f[or sale in] Batzra

Case 2:18-cv-03466-DMG-SK   Document 43-12   Filed 08/08/18   Page 5 of 9   Page ID #:1517

Qatar used a pro-Israel businessman to pay Zionist Organization of America $100,000 - U.S. News - Haaretz.com  8/8/18, 10:48 AM

— Advertisement —

Broidy has sued Muzin and Qatar, believing they hacked his emails, which led to the media reporting revelations such as his payment to an alleged mistress brokered by Michael Cohen, a lawyer who brokered similar payments for President Donald Trump.

Nader's role in cozying up to the Trump administration is reportedly a focus of a federal investigation into improprieties by Trump's campaign and presidency. Nader is cooperating with investigators.



**JTA**

Send me email alerts for new articles by **JTA**

✉ Send me email alerts

## You Might also Like

Recommended by



**Haaretz | News**
Conservative Jewish columnist: 'Shun Sarah Huckabee Sanders' for her…



**Haaretz | News**
Israeli army reveals barrier against Hamas naval commandos



From The Web
**Sponsored - Kelley Blue Book**
These Hot New Cars Will Be Taking Over 2018



From The Web
**Sponsored - handytechgadgets.com**
Tiny Box: AC No More This Summer



**Haaretz | News**
Saudi Arabia vs Canada: Ambassador given 24 hours to leave as Saudis freeze trade



**Haaretz**
Palestinian teen Ahed Tamimi after her release: 'Resistance will continue…



From The Web
**Sponsored - groovyhistory.com**
60 Retro Photos That Show A Different Side To The Past



From The Web
**Sponsored - TruthFinder**
Locate Anyone By Entering Their Name (This is Addicting)

## Comments

**Sign in** to join the conversation.

---



**Results Are In: The Nation-st… Self-defeating and anti-Zioni…**
Chemi Shalev | Yesterday  🔑  💬 36



**Mossad Assassinated Syrian… Chief for Working on Long R… Missiles With Iran**
Haaretz | Yesterday  💬 6



**Cannabis Beer: The Latest V… a 10,000-year-old Tradition**
Ruth Schuster | Yesterday  🔑

**How a Report on Israel's 'Rig… Bot Network' Taught Me a Le… the Bot World**
Oded Yaron | Yesterday  🔑

**Israel Kills Two Hamas Commanders in Response to Fire From Gaza**

Jack Khoury | Yesterday　　4

**Basic Law or Basically a Disaster? Israel's Nation-state Law Controversy Explained**

Allison Kaplan Sommer | Yesterday

**Gal Gadot to Star as Jewish inventor Hedy Lamarr in New TV Show**

Haaretz | Yesterday　　1

## Security & Aviation

Case 2:18-cv-03466-DMG-SK Document 43-12 Filed 08/08/18 Page 7 of 9 Page ID #:1519
Qatar used a pro-Israel businessman to pay Zionist Organization of America $100,000 - US News - Haaretz.com
8/8/18, 10:48 AM



**What Israel's War With Hezbollah Would Look Like, According to the Israeli Army**

New Details on Unprecedented 'Israeli Strike' on Syria-Iraq Border



**Why Saudi Arabia and 'Little Sparta' Still Can't Defeat Iran in Yemen**

British Air Force Special Forces on Covert Syria Mission

### Subscribe to Haaretz
Subscribe today and save

## Sponsored Content



**Ice Pop**
**[Pics] Her Husband Was Sent off to WWII but Never Came Back. 68 Years Later She Gets a Knock on the Door**




**Kelley Blue Book**
These Hot New Cars Will Be Taking 2018


**Smart Saver Online**
Special Government Program Offers Up To $4,300 Per Year Mortgage You Can Check If You Qualify In 6


**The Journiest**
How I Lowered My Car Insurance How You Can Too



## ICYMI


Why Corbynism Is a Threat to Jews Throughout the …


The Israel You Know Just Ended. You Can Thank Netanyahu


Netanyahu: Hitler Didn't Want to Exterminate the Jews


Why Saudi Arabia and 'Little Sparta' Still Can't Defeat …


Israeli Questioned at Ben-Gurion Airport Over Leftist Activity


Does Iran Really Want to Nuke Israel

Qatar used a pro-Israel businessman to pay Zionist Organization of America $100,000 - U.S. News - Haaretz.com
Case 2:18-cv-03466-DMG-SK Document 43-12 Filed 08/08/18 Page 9 of 9 Page ID #:1521
3/8/18, 10:48 AM



FAQ
Contact us
Newsletters
Terms and conditions
Privacy policy
Cancellation of Digital Subscriptions
Management
Editorial
Accessibility
Advertise on Haaretz.com

### Israel News
Middle East
Jewish World
U.S./World
Business

### Partnerships
Haaretz Labels
Dan Hotels in Tel Aviv
Israel Real Estate
Today's best deals

### Archaeology
Life
Science
Sports

### Culture
Purim
Books
Travel
Theater
Movies and TV
Food
Poem of the Week

### Columnists
Bradley Burston
Chemi Shalev
Allison Kaplan Sommer
Anshel Pfeffer
Sayed Kashua
Ilene Prusher
David Rosenberg
Carlo Strenger
Vered Guttman

### Opinion
Daily Cartoon
Letters to the Editor

Haaretz.com, the online edition of Haaretz Newspaper in Israel, and analysis from Israel and the Middle East. Haaretz.com provides extensive and in-depth coverage of Israel, the Jewish Middle East, including defense, diplomacy, the Arab-Israeli conflict, the peace process, Israeli politics, Jerusalem affairs, international relations, Iran, Iraq, Syria, Lebanon, the Palestinian West Bank and the Gaza Strip, the Israeli business world and Jewish life in Israel and the Diaspora.

© Haaretz Daily Newspaper Ltd. All Rights Reserved