|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   |     |     |
| 6   |     |     |
| 7   |     |     |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BIG3 LLC, *et al.*, | No. 2:18−cv−3466 DMG (SKx) |
| --- | --- |
| Plaintiffs, | Assigned for all purposes to Hon. Dolly M. Gee |
| v. | **[PROPOSED] ORDER RE: JOINT STIPULATION RE: TEMPORARY SEALING OF DOCUMENTS AND PROPOSED BRIEFING SCHEDULE FOR DEFENDANTS' APPLICATION TO PERMANENTLY SEAL DOCUMENTS** |
| AHMED AL-RUMAIHI, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER**

The Parties having filed a stipulation agreeing (1) to a briefing schedule for Defendants' regularly noticed motion to permanently seal portions of Plaintiffs' Response to Order to Show Cause re: Dismissal for Lack of Prosecution, and Exhibits A and B to the Declaration of Mark Geragos; and (2) that Docket Entry Nos. 43, 43-1, 43-2, 43-3, 43-4, 43-5, 43-6, 43-7, 43-8, 43-9, 43-10, 43-11, 43-12, 43-13, and 43-14 remain temporarily under seal until such time as Defendants' motion to seal has been resolved by the Parties' agreement or a final order of this Court, and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1. The deadline for Defendants to file a regularly noticed motion to seal the OSC Response is **August 24, 2018**.

2. The deadline for Plaintiffs to file an opposition is **September 7, 2018**.

3. The deadline for Defendants to file a Reply is **September 21, 2018**.

4. A hearing on the motion to seal the OSC Response is scheduled for **October 5, 2018**.

5. Docket Entry Nos. 43, 43-1, 43-2, 43-3, 43-4, 43-5, 43-6, 43-7, 43-8, 43-9, 43-10, 43-11, 43-12, 43-13, and 43-14 shall remain temporarily under seal until Defendants' motion to seal the OSC Response has been resolved by the Parties' agreement or by a final order of this Court.

6. To the extent the Parties' briefs and supporting documents reference, quote from, or attach any temporarily sealed documents or information, the Parties may also file such documents and information temporarily under seal.

**IT IS SO ORDERED.**

Dated: _____, 2018

Hon. Dolly M. Gee
U.S. District Judge