1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BIG3 LLC, *et al.*, | Case No.: CV 18-3466-DMG (SKx) |
|---|---|
| Plaintiffs, | **ORDER RE JOINT STIPULATION TO SEAL DOCUMENTS[49]** |
| v. | |
| AHMED AL-RUMAIHI, *et al.*, | |
| Defendants. | |

On August 14, 2018, the Court issued an Order permitting Defendants Ahmed Al-Rumaihi and Ayman Sabi to file an application to seal Plaintiffs' Response to an Order to Show Cause ("Plaintiff's OSC Response") by no later than August 17, 2018. [Doc. # 47.] On August 17, 2018, the parties filed a joint stipulation to set a briefing schedule on a forthcoming regularly noticed motion to permanently seal unspecified portions of Plaintiffs' OSC Response. [Doc. # 49.] The parties also agreed that the entirety of Plaintiffs' OSC Response shall remain temporarily sealed until the Court resolves the forthcoming motion, which Defendants intend to set for a hearing on October 5, 2018. *See id.* 3–5. The Court **REJECTS** the parties' stipulation because they have failed to show good cause for litigating a routine sealing dispute through a regularly noticed motion rather than through the Court's established procedure as set forth in Local Rule 79.5.2.2, nor have they shown good cause for "temporarily" sealing the entirety of Plaintiffs' OSC Response for an extended period of time. Nonetheless, in the interests of justice, the Court *sua sponte* **CONTINUES** Defendants' deadline to file an *ex parte* sealing application to **August 23, 2018**. Docket Entry Nos. 43, 43-1, 43-2, 43-3, 43-4, 43-5, 43-6, 43-7, 43-8, 43-9, 43-10, 43-11, 43-12, 43-13, and 43-14 shall remain temporarily sealed pending the resolution of any such application. Plaintiffs may file an opposition thereto by no later than August 27, 2018.

**IT IS SO ORDERED.**

DATED: August 17, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE