1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BIG3 LLC, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AHMED AL-RUMAIHI, *et al.*,<br><br>　　　　　Defendants. | Case No.: CV 18-3466 DMG (SKx)<br><br>**ORDER RE DEFENDANTS'** ***EX PARTE*** **APPLICATION TO SEAL CERTAIN DOCUMENTS [51]** |

On August 23, 2018, Defendants filed an *Ex Parte* Application to seal Plaintiffs' Response to an Order to Show Cause ("OSC") and Exhibits A and B to the Declaration of Mark Geragos filed in support of Plaintiffs' Response to the OSC. [Doc. # 51.]  On August 27, 2018, Plaintiffs filed an Opposition to the *Ex Parte* Application. [Doc. # 54.]

The Court concludes that the good cause standard applies to Defendants' *Ex Parte* Application because Plaintiffs' Response to the OSC is only tangentially related to the merits of the case. *See Ctr. for Auto Safety v. Chrysler Grp, LLC*, 809 F.3d 1092, 1096–1102 (9th Cir. 2016).  In fact, notwithstanding Plaintiffs' arguments to the contrary, the information Defendants desire to seal has no apparent relevance to this action.  Further, with the exception of the parties' correspondence regarding the logistics of production in an arbitration proceeding, the matter Defendants intend to seal is protected by a confidentiality agreement. *See* Hershman Decl., Ex. 1 at ¶ 5 [Doc. # 53-1].  Accordingly, Defendants have satisfied the good cause standard. *See Cty. of Santa Clara v. Astra USA, Inc.*, 257 F.R.D. 207, 215 n.7 (N.D. Cal. 2009).

The Court issues the following rulings:

1. Docket Entry Nos. 43 (Plaintiffs' OSC Response) and 43-3 (Exhibit B to the Geragos Declaration) shall remain sealed;
2. **Within three (3) days** of the date of this Order, Defendants shall refile on the public docket the redacted document found in Docket Entry No. 51-1; and
3. The Clerk of the Court is **DIRECTED** to unseal Docket Entry Nos. 43-1, 43-2, 43-4, 43-5, 43-6, 43-7, 43-8, 43-9, 43-10, 43-11, 43-12, 43-13, and 43-14.

**IT IS SO ORDERED.**

DATED: August 29, 2018

*[signature]*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE