Angela C. Agrusa (SBN 131337)
angela.agrusa@dlapiper.com
Lisa Tenorio-Kutzkey (SBN 205955)
ltk@dlapiper.com
Miles M. Cooley (SBN 206783)
miles.cooley@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Telephone: 310.595.3000
Facsimile: 310.595.3300

Christopher Lovrien (State Bar No. 230546)
Email: cjlovrien@jonesday.com
Brian D. Hershman (State Bar No. 168175)
Email: bhershman@jonesday.com
Erica L. Reilley (State Bar No. 211615)
Email: elreilley@jonesday.com
**JONES DAY**
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: + 1.213.489.3939
Facsimile: + 1.213.243.2539

Attorneys for Non-Party
H.E. AHMED AL-RUMAIHI (by special appearance) and Defendant AYMAN SABI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG 3 LLC, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>AHMED AL-RUMAIHI, et al.,<br><br>  Defendants. | CASE NO. 2:18-CV-3466 DMG (SKX)<br><br>Assigned for all purposes to Hon. Dolly M. Gee<br><br>**SPECIALLY-APPEARING NON-PARTY H.E. AHMED AL-RUMAIHI'S NOTICE OF NEW DEVELOPMENTS** |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Specially-Appearing Non-Party H.E. Ahmed Al-Rumaihi ("H.E. Al-Rumaihi"), by and through his counsel, respectfully submits this Notice to apprise the Court of recent developments that have occurred since briefing was completed on H.E. Al-Rumaihi's and Defendant Ayman Sabi's Motion to Strike ("Dkt. No. 8") and Plaintiffs Big3 LLC's, O'Shea Jackson's, and Jeff Kwatinetz's ("Plaintiffs") Motion for Jurisdictional Discovery (Dkt. No. 10). These new developments preceded the November 29, 2018 Order of this Court (the "Anti-SLAPP Order") which, *inter* alia, granted the Motion to Strike in part, dismissed all claims against H.E. Al-Rumaihi, and foreclosed Plaintiffs from asserting new claims. Dkt. No. 57 at 13. While H.E. Al-Rumaihi is no longer a party to this action as a result of the Anti-SLAPP Order, H.E. Al-Rumaihi believes it is nonetheless prudent to apprise the Court of these new developments, which preclude Plaintiffs from any further efforts to involve H.E. Al-Rumaihi in this action.

On or about August 27th of this year, H.E. Al-Rumaihi received a diplomatic appointment as the Commercial Attaché for Investment for the State of Qatar, which carries the rank of ambassador and the title of His Excellency ("H.E."). On September 7, 2018, the Qatari Embassy formally notified the United States Department of State ("State Department") of H.E. Al-Rumaihi's diplomatic posting via a Notification of Appointment through the Office of Foreign Mission e-Gov system. The State Department thereafter formally recognized H.E. Al-Rumaihi's diplomatic status, as reflected by his Diplomatic Identification Card, issued on or about September 13, 2018. The State Department further identified H.E. Al-Rumaihi as an accredited diplomat entitled to immunity under the Vienna Convention on Diplomatic Relations ("Vienna Convention") on its most recently published Diplomatic List.[1]  Under the well-settled doctrine of diplomatic immunity, H.E. Al-

---

[1] https://www.state.gov/documents/organization/287365.pdf at 96.

1 | Rumaihi has full immunity from all aspects of civil litigation.  *See* Vienna
2 | Convention, Articles 31.1 & 31.2.

Dated: December 4, 2018         JONES DAY

By:   */s/ Brian D. Hershman*
         Brian D. Hershman

         Attorneys for Specially-Appearing Non-Party H.E. AHMED AL-RUMAIHI