1  Miles M. Cooley (SBN 206783)
   miles.cooley@dlapiper.com
2  **DLA PIPER LLP (US)**
   2000 Avenue of the Stars
3  Suite 400 North Tower
   Los Angeles, California 90067-4704
4  Tel:   310.595.3000
   Fax:   310.595.3300
5
   Attorneys for Specially-Appearing
6  Defendant
   H.E. AHMED AL-RUMAIHI
7  .

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11 | BIG3 LLC, et al.,                     | CASE NO.  2:18-CV-3466 DMG
12 |              Plaintiffs,              |
13 |     v.                                | **DECLARATION OF MILES M. COOLEY IN SUPPORT OF SPECIALLY-APPEARING DEFENDANT H.E. AL-RUMAIHI'S MOTION TO DISMISS PURSUANT TO VIENNA CONVENTION ON DIPLOMATIC RELATIONS AND DIPLOMATIC RELATIONS ACT**
14 |                                       |
15 | AHMED AL-RUMAIHI, et al.,             |
   |              Defendants.              |
16 |                                       |
17 |                                       |
18 |                                       |
19 |                                       | Room:   8C
   |                                       | Judge:  Hon. Dolly M. Gee
20

I, Miles M. Cooley, declare as follows:

1. I am an attorney at law, admitted to the State Bar of California and the Central District of California, and counsel for Specially-Appearing Defendant H.E. Ahmed Al-Rumaihi ("H.E. Al-Rumaihi") in this action.

2. I submit this declaration in support of H.E. Al-Rumaihi's Motion to Dismiss pursuant to the Vienna Convention on Diplomatic Relations and Diplomatic Relations Act (the "Motion"). As to the following facts, I know them to be true of my own personal knowledge. If called upon to testify, I would and could testify competently to the facts set forth herein.

3. In or about mid-April 2019, and more than seven days prior to the filing of the Motion, I met and conferred with Ben J. Meiselas, counsel of record for Plaintiffs Big3 Basketball, LLC, O'Shea Jackson, and Jeff Kwatinetz about the filing of the Motion. He indicated that he understood why we might want to make such a motion, but that he would likely oppose it.

4. Attached hereto as **Exhibit A** is a true and correct redacted copy of H.E. Al-Rumaihi's diplomatic passport, issued by the State of Qatar.

5. Attached hereto as **Exhibit B** is a true and correct redacted copy of a letter, with certified translation, from the Ministry of Foreign Affairs for the State of Qatar, Department of Protocol, to the Embassy of the United States in Doha, requesting the issuance of H.E. Al-Rumaihi's A-1 visa.

6. On August 30, 2018, the United States issued H.E. Al-Rumaihi an A-1 visa. Attached hereto as **Exhibit C** is a true and correct redacted copy of H.E. Al-Rumaihi's A-1 visa.

7. On September 7, 2018, the Qatari Embassy formally notified the United States Department of State of H.E. Al-Rumaihi's diplomatic posting via a Notification of Appointment ("NOA") through the Office of Foreign Mission e-Gov system ("eGov"). Attached hereto as **Exhibit D** is a true and correct copy of the NOA submission via eGov. The eGov system is used by all foreign missions to transmit

requests for benefits and services to the Office of Foreign Missions and the Office of the Chief of Protocol.

8. On September 7, 2018, the United States Department of State granted H.E. Al Rumaihi entry into the United States for his diplomatic appointment.

9. On September 13, 2018, the United States Department of State formally recognized his accredited diplomatic status, and issued H.E. Al-Rumaihi his Diplomatic Identification Card. Attached hereto **as Exhibit E** is a true and correct redacted copy of both sides of H.E. Al-Rumaihi's Diplomatic Identification Card.

10. Attached as **Exhibit F** is a true and correct copy of the United States Department of State Diplomatic List for the Fall of 2018. The State Department publishes this list on its website, available at https://www.state.gov/documents/organization/287365.pdf.

11. Attached hereto as **Exhibit G** are true and correct copies of relevant portions of the Diplomatic List archives published by the United States Department of State reflecting H.E. Al-Rumaihi's prior accredited diplomatic appointment to the Embassy of the State of Qatar in Washington D.C. The attached archives reflect H.E. Al-Rumaihi's diplomatic appointments as of Fall 2009, Winter 2010, Spring 2010, Summer 2010, Fall 2010, Winter 2011, Spring 2011, Winter 2012, Spring/Summer 2012, Fall 2012, February 2013, and Spring 2013.

12. Attached hereto as **Exhibit H** are true and correct copies of relevant portions of the Foreign Career Consular Offices archives published by the United States Department of State reflecting H.E. Al-Rumaihi's prior accredited consular appointment to the Consulate General of the State of Qatar in New York. The attached archives reflect H.E. Al-Rumaihi's consular appointments as of Winter 2014, Spring/Summer 2015, and Winter/Spring 2016.

13. Attached hereto as **Exhibit I** is a true and correct copy of the Statement of Interest publicly filed by the United States in *Sabbithi v. Al Saleh*, 605 F. Supp. 2d 122 (D.D.C. 2009).

14. Effective September 7, 2018, H.E. Al-Rumaihi transferred all of his interest in Sport Trinity to an irrevocable trust. The trust is managed by an independent trustee, for which H.E. Al-Rumaihi is not a beneficiary. Among other things, the trust restricts H.E. Al-Rumaihi's ability to communicate with the trustee, and confers the trustee with sole discretion to sell, exchange, or otherwise depose of the property. A true and correct copy of the trust agreement has been filed conditionally under seal as **Exhibit J** to this Declaration.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Executed this 6th day of May, 2019, at Los Angeles, California.

/s/ Miles M. Cooley
Miles M. Cooley