Frank Seddigh (SBN 289846)
fs@sedbetter.com
Alicia M. Veglia (SBN 291070)
av@sedbetter.com
SEDDIGH ARBETTER, LLP
626 Wilshire Blvd., Suite 410
Los Angeles, CA 90017
Tel: (213) 816-0008
Fax: (213) 816-0009

*Attorneys for Plaintiffs*
*BIG3, LLC; Jeffrey Kwatinetz, and O'Shea Jackson, Sr. (aka Ice Cube)*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG3 LLC, a limited liability company; O'SHEA JACKSON A/K/A ICE CUBE, an individual; and JEFF KWATINETZ, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>AHMED AL-RUMAIHI, an individual; FAISAL AL-HAMADI, an individual; AYMAN SABI, an individual; SHEIKH ABDULLAH BIN MOHAMMED BIN SAU AL THANI, an individual and as CEO of Qatar Investment Authority; and DOES 1–100,<br><br>Defendants. | **Case No.: 2:18-CV-3466 DMG**<br><br>Assigned for all purposes to The Honorable Dolly M. Gee<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE of the appearance of the following counsel of record for Plaintiffs BIG3, LLC; Jeffrey Kwatinetz, and O'Shea Jackson, Sr. (aka Ice Cube) in the above-captioned action:

>Frank Seddigh (SBN 289846)
>fs@sedbetter.com
>Alicia Veglia (SBN 291070)
>av@sedbetter.com
>Seddigh Arbetter, LLP
>626 Wilshire Blvd., Suite 410
>Los Angeles, CA 90017
>Tel: (213) 816-0008
>Fax: (213) 816-0009

Please direct all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on counsel of record at the above address.

Respectfully submitted,

Dated: November 5, 2024

By:   */s/ Alicia M. Veglia*
Alicia M. Veglia, Esq.
Frank Seddigh, Esq.

*Attorneys for Plaintiffs BIG3, LLC; Jeffrey Kwatinetz, and O'Shea Jackson, Sr. (aka Ice Cube)*