Frank Seddigh (CSB No. 289846)
fs@sedbetter.com
Alicia Veglia (CSB No. 291070)
av@sedbetter.com
Seddigh Arbetter LLP
626 Wilshire Blvd., Ste. 410
Los Angeles, CA 90017
Main (213) 816-0008
Fax (213) 816-0009

*Attorneys for Plaintiffs*
BIG3, LLC; JEFFREY KWATINETZ, and O'SHEA JACKSON, SR. (AKA ICE CUBE)

DLA PIPER LLP (US)
ANGELA C. AGRUSA (SBN 131337)
angela.agrusa@us.dlapiper.com
JOHN SAMUEL GIBSON (SBN 140647)
john.gibson@us.dlapiper.com
DAVID B. FARKAS (SBN 257137)
david.farkas@us.dlapiper.com
KRISTINA MABRIE-FERNANDEZ (SBN 318315)
kristina.fernandez@us.dlapiper.com
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: 310.595.3000
Fax: 310.595.3300

*Attorneys for Defendant*
Ayman Sabi

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG3 LLC, a limited liability company; O'SHEA JACKSON A/K/A ICE CUBE, an individual; and JEFF KWATINETZ, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>AHMED AL-RUMAIHI, an individual; FAISAL AL-HAMADI, an individual; | **Case No.: 2:18-CV-3466 DMG**<br><br>Assigned for all purposes to The Honorable Dolly M. Gee<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

| | |
|---|---|
| 1 | AYMAN SABI, an individual; SHEIKH ABDULLAH BIN MOHAMMED BIN SAU AL THANI, an individual and as CEO of Qatar Investment Authority; and DOES 1–100, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

-2-

JOINT STIPULATION FOR DISMISSAL OF ENTIRE CASE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Court's July 11, 2019 Order [ECF No. 103], Attorneys for Plaintiffs BIG3, LLC; JEFFREY KWATINETZ, and O'SHEA JACKSON, SR. (AKA ICE CUBE) (collectively, "Plaintiffs") and Defendant AYMAN SABI ("Defendant") stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED: November 5, 2024        **DLA PIPER LLP (US)**

By: */s/Angela C. Agrusa*
Angela C. Agrusa
Attorneys for Defendant Ayman Sabi

DATED: November 5, 2024        **SEDDIGH ARBETTER LLP**

By: */s/Alicia M. Veglia*
Alicia Marie Veglia, Esq.
Attorneys for Plaintiffs
BIG3, LLC; JEFFREY KWATINETZ, and
O'SHEA JACKSON, SR. (AKA ICE CUBE)

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Angela C. Agrusa, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 5, 2024

By: */s/ Angela C. Agrusa*
Angela C. Agrusa
Attorneys for Defendant Ayman Sabi